WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7970; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendant, Too Faced Cosmetics, LLC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TABITHA OLSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOO FACED COSMETICS, LLC, a Delaware company,<br><br>Defendant. | Case No.: 2:20-cv-00487-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF. NO. 1]**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1 of the U.S. District Court for the District of Nevada, Defendant, Too Faced Cosmetics, LLC (hereinafter "Defendant"), and Plaintiff, Tabitha Olson (hereinafter "Plaintiff"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff filed a Complaint on March 9, 2020.

2. On March 27, 2020, the Parties filed the first Stipulation to Extend Time to Respond to the Complaint through May 1, 2020.  [ECF 4].

3. The Parties have stipulated to a second extension of Defendant's deadline to respond to the Complaint through May 15, 2020.

4. This is Defendant's second request for an extension to respond to the Complaint.

5. The extension is not being asserted to cause undue delay or burden to the parties.

6. Due to continued office closures, business closures, and other restrictions resulting from the coronavirus pandemic, Defendant submits that good cause exists for an extension of time to respond to the Complaint pursuant to Fed. R. Civ. P. 6(b).

7. The parties stipulate and agree that Defendant shall have up to and including May 15, 2020, to file an answer or other responsive pleading to the Complaint.

**IT IS SO STIPULATED.**

DATED this 28th day of April, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
*Attorneys for Defendant, Too Faced Cosmetics, LLC*

DATED this 28th day of April, 2020.

LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.

*Craig B. Friedberg*
Craig B. Friedberg, Esq.
Nevada Bar No. 4606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
*Attorney for Plaintiff, Tabitha Olson*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 29, 2020