CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121
P: (702) 435-7968
attcbf@cox.net
*Attorney for Plaintiff and all others similarly situated*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TABITHA OLSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TOO FACED COSMETICS, LLC, a Delaware company,<br><br>*Defendant.* | Case No. 2:20-cv-00487-JCM-DJA<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Tabitha Olson and Defendant Too Faced Cosmetics hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: January 7, 2020                                       Respectively Submitted,

WRIGHT, FINLAY & ZAK, LLP                         LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.

/s/ Robert Riether                                                 /s/ Craig Friedberg
Robert A. Riether, Esq.                                      Craig B. Friedberg, Esq.
Nevada Bar No. 12076                                       Nevada Bar No. 4606
7785 W. Sahara Ave., Suite 200                       4760 South Pecos Road, Suite 103
Las Vegas, NV, 89117                                        Las Vegas, Nevada 89121
*Attorneys for Defendant, Too Faced Cosmetics, LLC*                                       *Attorney for Plaintiff, Tabitha Olson*

### ORDER
**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 13, 2021